IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY HORSTMAN,

    Petitioner,        No. CIV S-06-0900 FCD CMK P

    vs.

CHERYL PLILER, et al.,

    Respondents.        <u>ORDER</u>

        Petitioner has filed a second motion for the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's August 31, 2006 second motion for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: September 21, 2006.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE