IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY PAUL HORSTMAN,

    Petitioner,                       No. CIV S-06-0900 FCD CMK P

    vs.

CHERYL K. PLILER,

    Respondent.

_____/        <u>ORDER</u>

        Good cause appearing, IT IS ORDERED that respondent is granted a forty-five day extension of time, to and including, November 15, 2006, within which to file an answer or other responsive pleading to petitioner's habeas application.

DATED: October 4, 2006.

                                        /s/ Craig M. Kellison
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26